Jacqueline M. James, Esq. (#1845)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.                                                                                    Case No. 1:24-cv-05664-PAE

JOHN DOE, subscriber assigned IP                        Judge Paul A. Engelmayer
address 96.246.31.231,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 96.246.31.231. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 12, 2025                                              Respectfully submitted,

                                                                         By:    /s/ *Jacqueline M. James*
                                                                         Jacqueline M. James, Esq. (1845)
                                                                         The James Law Firm, PLLC
                                                                         *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James